UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

EUCLIDES OGANDO, a/k/a Eddy Alvarado,

Defendant.
-----------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
11-CR-00490 (CBA)

**AMON, Chief United States District Judge.**

Defendant Euclides Ogando's motion for bail pending appeal is denied. See 18 U.S.C. § 3143(b)(2). His surrender date remains Monday, February 24, 2014 at noon. An opinion from the Court discussing the reasons for the denial of bail will follow.

SO ORDERED

Dated: Brooklyn, N.Y.
February 21, 2014

s/Carol Bagley Amon

Carol Bagley Amon
Chief United States District Judge